IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| **DANIELLE WHITE,** | Case No. 1:21-cv-110 |
| Plaintiff, | JUDGE DOUGLAS R. COLE |
| v. | |
| **UNITED DAIRY FARMERS,** | |
| Defendant. | |

### STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and upon agreement of the parties, the above-captioned matter is hereby dismissed in its entirety, including all claims raised, alleged, pled, and/or pending in such matter, with prejudice to the re-filing of the same. Each party shall bear its own Court Costs.

Respectfully submitted,

/s/ Bradley L. Gibson
Bradley L. Gibson (0085196)
GIBSON LAW, LLC
9200 Montgomery Road, Suite 11A
Cincinnati, OH 45242
brad@gibsonemploymentlaw.com
[T]: 513.834.8254
[F]: 513.834.8253

*Attorney for Plaintiff*

/s/ Richard Moore (per email authorization)
Richard L. Moore (0062010)
Jessica T.S. Sexton (0097763)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
513-651-6800 (telephone)
513-651-6981(fax)
rlmoore@fbtlaw.com
jsexton@fbtlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record in the above-referenced matter via the Court's ECF System this 9th day of August 2022.

      __/s/ Bradley L. Gibson__ Bradley L. Gibson (0085196)